Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 60003.**—F. C. Mackay v. United States, protests 171358–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 60004.**—F. C. Mackay v. United States, protests 174486–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 60005.**—Trefflichs Bird & Animal Co. v. United States, protest 260448–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of live birds (Senegal finches) similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 60006.**—Air Clearance Ass'n, Inc. v. United States, protest 242991–K (New York).

Opinion by DONLON, J. The protest was dismissed.

BEFORE THE FIRST DIVISION, JUNE 7, 1956

**No. 60007.**—F. W. Myers & Co., Inc. v. United States, protests 28782–K, etc. (Detroit).